[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 28, 2007
THOMAS K. KAHN
CLERK

No. 07-10761
Non-Argument Calendar

_____

D. C. Docket No. 06-00059-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SOLOMON SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(June 28, 2007)**

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

Chet Kaufman, counsel for Solomon Smith, in this direct criminal appeal,

has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's conviction and sentence are **AFFIRMED**.